# Financial Disclosure Incomplete

# FINANCIAL STATEMENT
## NET WORTH
### (As of March 18, 2000)
### LAURA TAYLOR SWAIN

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts real estate, securities, trusts, investments, and other financial holdings) and all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | LIABILITIES | |
|---|---|---|---|
| Cash on hand and in banks | 16,150 | Notes payable to banks - secured | 0 |
| U.S. Government securities – add schedule | 0 | Notes payable to banks - unsecured | 0 |
| Listed securities – add schedule (See Schedule A) | 203,934 | Notes payable to relatives | 0 |
| Unlisted securities – add schedule | 0 | Notes payable to others | 0 |
| Accounts and notes receivable: | 0 | Accounts and bills due | 5,000 |
| Due from relatives and friends | | Unpaid income | 0 |
| Due from others | | Other unpaid tax and interest | 0 |
| Doubtful | | Real estate mortgages payable – add schedule (See Schedule C) | 292,000 |
| Real estate owned – add schedule (See Schedule B) | 754,000 | Chattel mortgages and other liens payable | 0 |
| Real estate mortgages receivable | 0 | Other debts – itemize | 0 |
| Autos and other personal property | 150,000 | | |
| Cash value - life insurance | 24,000 | | |
| Other assets – itemize: | | | |

| ASSETS | | LIABILITIES | |
|---|---|---|---|
| Interest in US Government Thrift Savings Plan (L.T. Swain) | 37,962 | | |
| Interest in Stark Carpet Corporation Profit Sharing Plan (A.J. Swain) | 5,984 | | |
| | | Total liabilities | 297,000 |
| | | Net Worth | 895,030 |
| **Total Assets** | 1,192,030 | **Total liabilities and net worth** | 1,192,030 |
| | | | |
| CONTINGENT LIABILITIES | | GENERAL INFORMATION | |
| As endorser, co-maker or guarantor | 0 | Are any assets pledged? (Add schedule) | None other than real estate |
| On leases or contracts | 0 | Are you defendant in any suits or legal actions? | Yes. See item IV.10. |
| Legal Claims | 0 | Have you ever taken bankruptcy? | No. |
| Provision for Federal Income Tax | 25,000 | | |
| Other special debt | 0 | | |

| SECURITY | NUMBER OF SHARES | MARKET VALUE |
|---|---|---|
| Citifunds US Treasury Reserves | 1,370 | 1,370 |
| Dreyfus Appreciation Fund (IRA) | 2,345 | 105,066 |
| Scudder Growth & Income Fund (IRA) | 875 | 23,317 |
| Neuberger & Berman Socially Responsive Fund (IRA) | 660 | 12,925 |
| Neuberger & Berman Genesis Fund (IRA) | 149 | 2,384 |
| Strong Corporate Bond Fund (IRA) | 3,880 | 40,749 |
| Oppenheimer Government Bond Fund (401(k) Plan) | (not reported) | 2,232 |
| Oppenheimer Champion Income Fund (401(k) Plan) | (not reported) | 2,396 |
| AIM Charter Fund (401(k) Plan) | (not reported) | 4,182 |
| AIM Value Fund (401(k) Plan) | (not reported) | 5,088 |
| Fidelity Dividend Growth Fund (401(k) Plan) | (not reported) | 4,225 |
| TOTAL VALUE | | 203,934 |

# SCHEDULE B - REAL ESTATE OWNED

| PROPERTY LOCATION/DESCRIPTION | VALUE |
|---|---:|
| Rhinebeck, NY - House and Land | 240,000 |
| Rhinebeck, NY - Land | 14,000 |
| Brooklyn, NY - Cooperative Apartment | 500,000 |
| TOTAL VALUE | 754,000 |

# SCHEDULE C - REAL ESTATE MORTGAGES PAYABLE

| PROPERTY LOCATION | BANK | BALANCE |
|---|---|---:|
| Rhinebeck, NY | Ulster Savings Bank | 115,000 |
| Rhinebeck, NY | Norwest Bank Colorado, NA | 58,000 |
| Brooklyn, NY | Citicorp Mortgage | 95,000 |
| Brooklyn, NY | Citicorp Mortgage | 24,000 |
| TOTAL PAYABLE | | 292,000 |